ANNA ROSENBERG, Appellant, v. KINGS COUNTY SAVINGS BANK, Respondent. — Appeal by plaintiff from a judgment in favor of the defendant, dismissing

the complaint at the close of the entire case. Judgment reversed on the law and a new trial granted, with costs to abide the event. Plaintiff, a monthly tenant, was injured when a fire occurred in the kitchen of her apartment, located in a building owned by the defendant. Concededly, the building was not within the purview of the Multiple Dwelling Law and the rights of the parties are governed by common-law principles. There was evidence that the fire was caused by defective wires in the electric light fixture in the kitchen; that the defective condition had existed for some time prior to the occurrence, to the defendant's knowledge; and that the defendant had made repairs to the fixture before the fire. Proof of repairs was some evidence that there had been a reservation of a degree of control of the premises by the defendant as landlord, and the record presented questions of fact which required submission to the jury. (*Scudero* v. *Campbell*, 288 N. Y. 328; *Antonsen* v. *Bay Ridge Savings Bank*, 292 N. Y. 143.) Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.